UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-62439-CIV-COHN/WHITE
(Case No. 08-60177-CR-COHN)

JULIO LENIS,

        Movant,

v.

UNITED STATES OF AMERICA,

        Respondent.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 5] ("Report") of Magistrate Judge Patrick A. White on Movant Julio Lenis's Motion by a Person in Federal Custody to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 [DE 1] ("Motion"). Judge White issued his Report on October 31, 2014, and Movant has filed no objections.

Movant has pleaded guilty to conspiracy to possess with intent to distribute one kilogram or more of heroin, and conspiracy to commit money laundering. [DE 5 at 2.] This Court entered judgment on May 10, 2010, and sentenced Movant to a total of 188 months imprisonment followed by 60 months of supervised release. [Id.] The Eleventh Circuit Court of Appeals affirmed Movant's conviction on December 8, 2010, and Movant did not file a petition for writ of certiorari with the United States Supreme Court. [Id.]

In his Motion, Lenis argues that he received ineffective assistance of counsel. [See DE 3 at 6.] Specifically, Lenis argues that his attorney "failed to investigate the facts on his case which ultimately caused him to be placed on criminal history category II which led to a higher sentence" than he should have received. [Id. at 8.] Judge White recommends the Court deny the Motion, however, because it is more than three years late. [DE 5 at 12.] The Court agrees. The Motion is late, and Movant has offered no valid excuse for the delay. The Court will therefore adopt Judge White's Report.[1]

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 5] is hereby **ADOPTED**.

2. The Motion by a Person in Federal Custody to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 [DE 1] is hereby **DENIED**.

3. The Clerk is directed to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

4. Pursuant to Rule 11 of the Rules Governing Section 2255 Cases, Movant is hereby **DENIED** a certificate of appealabilty because Movant has failed to make a substantial showing that he was denied a constitutional right. The Court notes that

---

[1] The Court also agrees that a certificate of appealability would be inappropriate in this case. Movant has not made a substantial showing that he has been denied a constitutional right, or that this issue is reasonably debatable. See Slack v. McDaniel, 529 U.S. 473, 485 (2000).

2

pursuant to Rule 22(b)(1) of the Federal Rules of Appellate Procedure, Movant may request issuance of a certificate of appealability from the Eleventh Circuit.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of December, 2014.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.
Copies provided to pro se parties via U.S. Mail.